

# Fourth Court of Appeals
## San Antonio, Texas

October 2, 2014

No. 04-14-00295-CV

**TEXAS MUTUAL INSURANCE COMPANY**,
Appellant

v.

Noel **VASQUEZ**,
Appellee

From the 406th Judicial District Court, Webb County, Texas
Trial Court No. 2013CVT000531D4
Honorable Oscar J Hale, Jr., Judge Presiding

# O R D E R

The Appellee's Unopposed First Motion for Extension of Time to File Brief is GRANTED.

_____
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 2nd day of October, 2014.

_____
Keith E. Hottle
Clerk of Court